THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 David Carson
 Hargett, Appellant.
 
 
 

Appeal From York County
 Larry R. Patterson, Circuit Court Judge

Unpublished Opinion No. 2008-UP-448
 Submitted August 1, 2008  Filed August 7,
2008    

APPEAL DISMISSED

 
 
 
 Appellate Defender Lanelle C. Durant, of Columbia, for Appellant.
 Teresa A. Knox, Tommy Evans, Jr., and John Benjamin Aplin, all of Columbia, for Respondent.
 
 
 

 
PER CURIAM: David
 Carson Hargett appeals the revocation of
 his probation.  Hargett argues his sentence is unconstitutionally
 disproportionate and constitutes cruel and unusual punishment under the
 circumstances.  Pursuant to Anders v. California, 386 U.S. 738 (1967), Hargetts
 counsel attached a petition to be relieved, stating she reviewed the record and
 concluded this appeal lacks merit.  Hargett did not file a pro se brief.  After a thorough
 review of the record and counsels brief pursuant
 to Anders v. California, 386 U.S. 738 (1967), and State v. Williams,
 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Hargetts appeal and grant counsels motion to be relieved.
APPEAL DISMISSED.
 KONDUROS, J., CURETON, A.J.,
 and GOOLSBY, A.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.